DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZURICH GLOBAL CORPORATE UK, and
ARCHER DANIELS MIDLAND COMPANY

                          *Plaintiffs*,

- against -

A.P. MOLLER-MAERSK A/S d/b/a MAERSK
LINE and BNSF RAILWAY COMPANY

                          *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

'07 CIV 11412

07 civ. JUDGE STANTON

**RULE 7.1 DISCLOSURE**

FILED
DEC 20 2007
USDC WP SDNY

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    1.    Zurich Gloal Corporate UK: Zurich Financial Services Group

    2.    Archer Daniels Midland Company: None

Dated: Rye, New York
December 19, 2007

MALOOF & BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

*Attorneys for Plaintiffs*

\\SERVER1\COMPANY\WP-DOCS\2309.79\121907 RULE 7.1.DOC