ZURICH GLOBAL CORPORATE UK

        Plaintiff

VS.

A.P. MOLLER-MAERSK, ET AL.

        Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO.: 07CIV11412

**Person to be served** (Name & Address):
A.P. Moller-Maersk A/S d/b/a Maersk Line
2 Giralda Farms, Madison Avenue
Madison, NJ 07940
**Attorney:** File#:

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**
Served Successfully __xxxx__   Not Served _____   Date: 02/06/2008   Time: 10:00 A.M.

_____ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

Name of Person Served and relationship / title:
Edward Picerno, Managing Agent
Pursuant to Rule 4:4-4(a)(6).

__xxxx__ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Actual place of service:
2 Giralda Farms, Madison Avenue
Madison, NJ 07940

**Description of Person Accepting Service:**

Sex: MALE   Age: 60   Height: 5'10"   Weight: 180   Skin Color: WHITE   Hair Color: grey

**Unserved:**

_____ Defendant is unknown at the address furnished by the attorney
_____ All reasonable inquiries suggest defendant moved to an undetermined address
_____ No such street in municipality
_____ No response on: _____ Date _____ Time   _____ Date _____ Time
                                  _____ Date _____ Time

_____ Other: _____   Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
___ day of February 2008

_____
Name of Notary / commission expiration

DONNA MARIE CARLUCCI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
FEBRUARY 19, 2011

I, CHARLES TEDESCO, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date
CHARLES TEDESCO
LegalEase, Inc.
139 Fulton Street
New York, NY 10038   Ph: 1-800-393-1277

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZURICH GLOBAL CORPORATE UK and
ARCHER DANIELS MIDLAND COMPANY

V.

A.P. MOLLER-MAERSK A/S d/b/a MAERSK
LINE and BNSF RAILWAY COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 11412**

**JUDGE STANTON**

TO: (Name and address of Defendant)

A.P. Moller-Maersk A/S d/b/a Maersk Line
2 Giralda Farms
Madison Avenue
Madison, NJ 07940

BNSF Railway Company
2650 Lou Menk Drive
Forth Worth, TX 76131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd
Suite 190
Rye, NY 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                               DEC 2 0 2007

CLERK                                                                DATE

(By) DEPUTY CLERK