%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02/05/08 |
| NAME OF SERVER (PRINT) Donald R. Moreno | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By serving Betty L Reinert, CLA Paralegal Assistant Corporate Secretary

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/05/08 at 4:14 pm

Signature of Server: Donald R Moreno PPS-SCh #3094

Address of Server: 5803 Santa Fe Dr Arlington TX 76017

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZURICH GLOBAL CORPORATE UK and
ARCHER DANIELS MIDLAND COMPANY

**SUMMONS IN A CIVIL ACTION**

v.

A.P. MOLLER-MAERSK A/S d/b/a MAERSK
LINE and BNSF RAILWAY COMPANY

CASE NUMBER:

**'07 CIV 11412**

**JUDGE STANTON**

TO: (Name and address of Defendant)

A.P. Moller-Maersk A/S d/b/a Maersk Line
2 Giralda Farms
Madison Avenue
Madison, NJ 07940

BNSF Railway Company
2650 Lou Menk Drive
Forth Worth, TX 76131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd
Suite 190
Rye, NY 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**   DEC 2 0 2007

CLERK   DATE

(By) DEPUTY CLERK