# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

March 3, 2008

**Via U.S. Mail**

Honorable Louis L. Stanton
United States District Judge
United States Courthouse
500 Pearl Street – Room 2250
New York, NY 10007-1312

        Re:   *Zurich Global Corporate UK & Archer Daniels Midland Co v.*
               *A.P. Moller-Maersk A/S d/b/a Maersk Line & BNSF Railway Co.*
        Docket No.:     *07 Civ. 11412*
        Our File No.:    2309.79

Dear Judge Stanton:

      We are attorneys for plaintiffs Zurich Global Corporate UK & Archer Daniels Midland Co. This action arises out of a train derailment and damage to a cargo of rice.

      On consent of all parties, we respectfully request a 30-day adjournment of the Preliminary Conference scheduled for March 14, 2008. The parties are discussing settlement and the additional time will hopefully result in resolution.

      In the meantime, the parties respectfully request that the time to respond to the Complaint (which was served on February 6, 2008 on Maersk and February 5, 2008 on BNSF) be extended to March 26, 2008.

*So ordered.*
*Louis L Stanton*
*3/7/08*

      We thank the Court for its consideration in this matter.

                                          Respectfully submitted,

                                          Thomas M. Eagan

TME/bm

cc: **via Facsimile**
Peter Gutowski, Esq.
Freehill Hogan & Mahar LLP
Fax: (212) 425-1901
*Attorney for A.P. Moller-Maersk*

Ronald Joseph, Esq.
Landman Corsi Ballaine & Ford P.C.
Fax: (212) 238-4848
*Attorney for BNSF Railway Co.*

F:/WP-Docs/2309.79/030308 TME Ltr to Stanton.doc