```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
ZURICH GLOBAL CORPORATE UK, ET AL.,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

                    Plaintiffs,           07 Civ. 11412 (LLS)

          - against -                     ORDER

A.P. MOLLER-MAERSK A/S. ET AL.,

                    Defendants.
- - - - - - - - - - - - - - - - -X

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        April 14, 2008

                                   _____
                                         LOUIS L. STANTON
                                            U. S. D. J.